**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ANTHONY LEE TOTTEN,                Nos. C-05-1675 TEH (PR)
                                            C-05-1965 TEH (PR)
12                 Petitioner,              C-07-5974 TEH (PR)

13        v.                         ORDER DENYING CERTIFICATE OF
                                     APPEALABILITY
14  A. KANE, Warden, et. al.,

15              Respondent(s).        (Doc. #11)

16  _____/

17

18         On September 25, 2008, the Court denied Petitioner's

19  applications for a writ of habeas corpus under 28 U.S.C. § 2254

20  challenging the California Board of Parole Hearings' (BPH) January

21  27, 2003, June 29, 2004 and November 27, 2007 decisions to deny him

22  parole.  Doc. #9.

23         Petitioner filed a notice of appeal, which the Court now

24  construes as a request for a Certificate of Appealability (COA)

25  under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure

26  22(b).  See Hayward v. Marshall, 603 F.3d 546, 552-56 (9th Cir.

27  2010) (en banc) (COA required regardless of whether state decision

28  to deny release from confinement is administrative or judicial).

1        Petitioner's request for a COA (Doc. #11) is DENIED

2   because Petitioner has not made "a substantial showing of the denial

3   of a constitutional right."  28 U.S.C. §  2253(c)(2).  Nor has

4   Petitioner demonstrated that "reasonable jurists would find the

5   district court's assessment of the constitutional claims debatable

6   or wrong."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

7        The Clerk shall forward to the Court of Appeals the case

8   file with this Order.  <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268,

9   1270 (9th Cir. 1997).

10

11        IT IS SO ORDERED.

12

13

14  DATED    07/12/10                    _____

15                                       THELTON E. HENDERSON
                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26  G:\PRO-SE\TEH\HC.07\Totten-07-5974-deny coa-post-hayward.wpd

27

28                              **2**